IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Compass Homes, Inc., | : | |
| Plaintiff | : | Civil Action 2:13-cv-0647 |
| v. | : | Judge Marbley |
| Trinity Health Group, Ltd., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

This matter is before the Court on the unopposed Motion of Plaintiff Compass Homes, Inc. to Dismiss All Claims Against Defendant Arrow Heating and Cooling Mechanical, Inc. and to Drop it as a Party to this Action (doc. 28). For good cause shown, the Motion is hereby **GRANTED**.

All claims asserted by Plaintiff Compass Homes, Inc. against Defendant Arrow Heating and Cooling Mechanical, Inc. are hereby **DISMISSED** without prejudice, and Arrow is dropped as a party to this action. Plaintiff Compass shall have the right to refile claims against Arrow should it discover facts that support such claims.

**IT IS SO ORDERED**.

          s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court

DATED: October 10, 2013